IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| NICKOLAS A. WRONA, § | |
| § | Case No. 1:17-cv-178 |
| Plaintiff § | |
| § | |
| -v- § | |
| § | Hon. Janet T. Neff |
| CAVALRY SPV I, LLC § | |
| § | |
| Defendant. § | |

### STIPULATION OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by the parties and/or their respective counsel that the above captioned matter is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

JEFFREY D. MAPES PLC                    PILGRIM CHRISTAKIS LLP


By: */s/Jeffrey D. Mapes*                By: /s/ *Mitha V. Rao*
Jeffrey D. Mapes, P70509                 Anna-Katrina S. Christakis
Jeffrey D. Mapes PLC                     Mitha V. Rao
29 Pearl St. NW, Ste. 305                Pilgrim Christakis LLP
Grand Rapids, MI 49503                   321 N. Clark Street, 26th Floor
T: (616) 719-3847                        Chicago, Illinois 60654
F: (616) 719-3857                        T: (312) 924-1773
jeff@mapesdebt.com                       F:  (312) 939-0983
ATTORNEY FOR PLAINTIFF                   kchristakis@pilgrimchristakis.com
                                         mrao@pilgrimchristakis.com
                                         ATTORNEYS FOR DEFENDANT


Dated:  10/24/17                         Dated:  10/24/17